E. NOTT SCHERMERHORN, Respondent, *v.* THE CITY OF SCHENECTADY, Appellant.

(Argued March 19; 1890; decided April 15, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made December 8,

1888, which reversed a judgment in favor of defendant entered upon a decision of the court on trial without a jury, and granted a new trial.

*S. W. Jackson* for appellant.

*Alonzo P. Strong* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed and judgment absolute ordered for plaintiff on the stipulation.